# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

v.

JOHN DOE *subscriber assigned IP address 65.31.100.161*,

                Defendant.

Case No. 23-CV-1150-JPS

**ORDER**

On November 27, 2023, Plaintiff Strike 3 Holdings, LLC ("Plaintiff") filed a notice of voluntary dismissal of its claims in this action against Defendant John Doe subscriber assigned IP address 65.31.100.161 ("Defendant") without prejudice. ECF No. 11. Given that Defendant has not filed an answer or a motion for summary judgment, the Court will adopt the notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff Strike 3 LLC Holdings, LLC's notice of voluntary dismissal, ECF No. 11, be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

Dated at Milwaukee, Wisconsin, this 28th day of November, 2023.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge